## RECONSIDERATION DOCKET

**95-1924. Hill v. Urbana.**
Champaign App. No. 94CA22. Reported at 79 Ohio St.3d 130, 679 N.E.2d 1109. On motion for reconsideration. Motion denied.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**96-526. In re Hayes.**
Hancock App. No. 5-95-19. Reported at 79 Ohio St.3d 46, 679 N.E.2d 680. On motion for reconsideration. Motion denied.
DOUGLAS, COOK and LUNDBERG STRATTON, JJ., dissent.

**96-1114. Whitehurst v. Perry Twp.**
Franklin App. No. 95APE09-1180. Reported at 79 Ohio St.3d 1209, 680 N.E.2d 1004. On motion for reconsideration. Motion denied.
DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**97-644. State ex rel. Strong v. Killbuck Valley Mosquito Abatement Sanitary Dist.**
Wayne App. No. 96CA0054. Reported at 79 Ohio St.3d 1415, 680 N.E.2d 154. On motion for reconsideration. Motion denied.
COOK, J., dissents.

**97-652. Blessing v. Blessing.**
Ottawa App. No. OT-96-016. Reported at 79 Ohio St.3d 1417, 680 N.E.2d 155. On motion for reconsideration. Motion denied.
LUNDBERG STRATTON, J., dissents.

**97-677. Binns v. Ghee.**
In Mandamus. Reported at 79 Ohio St.3d 1415, 680 N.E.2d 154. On motion for reconsideration. Motion denied.

**97-706. Milazzo v. Rudolph Foods Co.**
Allen App. No. 1-96-60. Reported at 79 Ohio St.3d 1418, 680 N.E.2d 156. On motion for reconsideration. Motion denied.

**97-716. Stone v. Riffe.**
Scioto App. No. 96CA2408. Reported at 79 Ohio St.3d 1418, 680 N.E.2d 156. On motion for reconsideration. Motion denied.

**97-727. Condit v. Planned Parenthood Assn. of Cincinnati.**
Hamilton App. No. C-960126. Reported at 79 Ohio St.3d 1418, 680 N.E.2d 156. On motion for reconsideration. Motion denied.

**97-728. Cleveland Police Patrolmen's Assn. v. Cleveland.**
Cuyahoga App. No. 70380. Reported at 79 Ohio St.3d 1449, 680 N.E.2d 1022. On motion for reconsideration. Motion denied.
COOK and LUNDBERG STRATTON, JJ., dissent.

**97-731. State ex rel. Hamilton v. Court of Appeals, Eighth Dist.**
In Mandamus. Reported at 79 Ohio St.3d 1415, 680 N.E.2d 154. On motion for reconsideration. Motion denied.

**97-756. Miller v. Loveland.**
Hamilton App. No. C-961090. Reported at 79 Ohio St.3d 1445, 680 N.E.2d 1019. On motion for reconsideration. Motion denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**97-773. McKean v. Journal News, Inc.**
Tuscarawas App. No. 96APO40036. Reported at 79 Ohio St.3d 1449, 680 N.E.2d 1022. On motion for reconsideration. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.